** COUNTY FREE FAIR BOARD — MILL LEVY ** PROCEEDS OF FIVE MILL LEVY THAT WAS RECENTLY AUTHORIZED BY THE VOTERS OF STEPHENS COUNTY, UNDER ARTICLE X, SECTION10 OKLAHOMA CONSTITUTION FOR "PURPOSE OF PROVIDING FUNDS FOR THE ERECTION OF PUBLIC BUILDING UPON THE PERMANENT SIT OF THE STEPHENS COUNTY FREE FAIR" COULD BE USED FOR THE PURCHASE OF LAND ON WHICH TO ERECT SAID BUILDING. (PROPERTY, EXPENDITURES, MILL LEVY, COUNTY FUNDS) CITE: 2 O.S. 104 [2-104](H) (J. H. JOHNSON)